LOWEY DANNENBERG

October 8, 2026

**VIA ELECTRONIC CASE FILING**
The Honorable Alex D. Silagi
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Centene Corp. v. Celgene Corp. et al.*, No. 2:26-cv-5125-MEF-ADS
**Letter Requesting Consolidation**

Dear Judge Silagi,

I represent Centene Corporation in the above captioned matter. I write to respectfully request that the Court enter the attached Proposed Order Consolidating Related Cases for Pretrial Purposes. Counsel for Defendants in the above matter has not responded to an October 2, 2026 request for its position. Counsel for the Consolidated Plaintiffs consent to the request.

As set forth in the proposed Consent Order, consolidation for pretrial purposes is appropriate in view of the substantial similarity of the above action with the already consolidated actions and the efficiency that such consolidation will bring about for the Court and the parties.[1] Indeed, this Court's practice has been to consolidate related cases with the lead docket *In re Revlimid & Thalomid Purchaser Antitrust Litigation*, No. 19-cv-7432-MEF-ADS.

Respectfully,

*/s/ Peter St. Phillip, Jr.*
Peter St. Phillip, Jr.

CC: All counsel of record (via ECF filing and email)

[1] The parties reserve all rights to seek or oppose any consolidated trial.